IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY LABORERS' HEALTH AND WELFARE FUND, *et al*., | )<br>)<br>) CIVIL ACTION |
| Plaintiffs, | )<br>)<br>) NO. 15 C 5300 |
| v. | )<br>) JUDGE HARRY D. LEINENWEBER |
| T.R. EXCAVATING, INC., an Illinois corporation, | )<br>) |
| Defendant. | ) |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, T.R. EXCAVATING, INC., an Illinois corporation, in the total amount of $12,591.22, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,406.00.

On July 6, 2015, the Summons and Complaint was served on the corporation's president, Timothy Boes, by tendering a copy of said documents to Alice Boes, at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 27, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 10th day of August 2015:

    Mr. Timothy Boes, President
    T.R. Excavating, Inc.
    3902 Blackhawk Road
    Rockford, IL   61109


                /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\FVLJ\TR Excavating\motion.cms.df.wpd